**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6214**

CLARENCE TONEY,

        Petitioner - Appellant,

     v.

WARDEN PAUL ADAMS,

        Respondent - Appellee.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  John Preston Bailey, District Judge.  (1:21-cv-00068-JPB)

Submitted:  November 17, 2022           Decided:  November 22, 2022

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Clarence Toney, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Toney, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Toney's 28 U.S.C. § 2241 petition in which he challenged the execution of his sentence.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  *Toney v. Adams*, No. 1:21-cv-00068-JPB (N.D.W. Va. Feb. 10, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*